UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YVONNE CLAYTON | § § § § § § § § § § § | CIVIL ACTION NO. 4:24-cv-01737 |
| Plaintiff | | |
| VS. | | |
| YES! INVEST INC. and SSS ENTERPRISES, INC. | | |
| Defendants | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, YVONNE CLAYTON Plaintiff and YES! INVEST INC. and SSS ENTERPRISES, INC., Defendants have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendants YES! INVEST INC. and SSS ENTERPRISES, INC. in their entirety and with prejudice.

### STIPULATION

It is hereby stipulated by and between the parties hereto that this action be dismissed with prejudice as to Defendants YES! INVEST INC. and SSS ENTERPRISES, INC. with each Party to bear their own attorney's fees and costs.

DATED:     September 18, 2024     FOR YVONNE CLAYTON Plaintiff

                                  BY:     */S/   R. Bruce Tharpe*
                                  R. Bruce Tharpe

PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: September 18, 2024

FOR YES! INVEST INC. and
SSS ENTERPRISES, INC., Defendants

Mr. Ted A. Cox
Attorney at Law
2855 Mangum Road, Suite 100A
Houston, Texas 77092-7463
(713) 956-9400- office
(713) 956-8485– fax

  ***/s/ Ted A. Cox***  
DEFENDANT'S COUNSEL